```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

CARINDA RAFTERY, Individually       :
and as Personal Representative
of the Estate of Dennis Raftery     :

    v.                                  :   Civil Action No. DKC 19-0867

                                                                     :
THE AMERICAN NATIONAL RED CROSS,
*et al.*                            :

**MEMORANDUM OPINION**

Plaintiff has filed a motion concerning the filing of a Certificate of Qualified Expert, seeking alternative types of relief. As to the Red Cross, Plaintiff contends that none is required, or if required, Red Cross has waived the requirement, or, finally, if required and not waived, it seeks an extension of time to provide it. As to Hopkins, Plaintiff only asserts the final two arguments. The Red Cross agrees to the time extension but takes no position on the waiver argument and does not dispute Plaintiff's assertion that the requirement does not apply to it. Hopkins disputes the waiver contention, and also agrees to the extension request.

Plaintiff appears to be correct that the Red Cross is not sued here as a health care provider, and thus there is no requirement for a Certificate. If Plaintiff nevertheless wishes to provide one, it may do so within the extended time the parties have agreed to.

Neither Plaintiff nor Hopkins provides much support for their respective positions on waiver by "premature" removal from the Health Claims process. Given the uncertainty presented by the interplay between the Health Claims process and federal jurisdiction, on removal or otherwise, Hopkins should not be found to have waived the Certificate requirement by joining in the removal by the Red Cross. Accordingly, the extension of time will be granted, but other alternative relief will be denied.

/s/<br>
DEBORAH K. CHASANOW<br>
United States District Judge